# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

LOUIS J. BROUSSARD,

        Plaintiff,                No. 2:12-CV-0984-CMK-P

  vs.

K. HIGGINS,

        Defendant.           **ORDER & WRIT OF HABEAS CORPUS**
                                  **AD TESTIFICANDUM**

        Louis Joseph Broussard, CDCR # D-28433, a necessary and material witness in a settlement conference in this case on June 13, 2013, is confined in California State Prison, Los Angeles County (LAC), 44750 60th Street West, Lancaster, California 93536, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Carolyn K. Delaney at the U. S. District Court, 501 I Street, Sacramento, California 95814, Courtroom #24 on Thursday, June 13, 2013 at 9:30 a.m.

        ACCORDINGLY, IT IS ORDERED that:

        1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference; and

        2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

        3.  The Clerk of the Court is directed to serve a courtesy copy of this Order and Writ of Habeas Corpus ad Testificandum on the Out-to-Court Desk, California State Prison-Sacramento, P.O. Box 290007, Represa, California 95671.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, LAC, P. O. Box 8457, Lancaster, California 93539:**

        **WE COMMAND** you to produce the inmate named above to testify before Judge Delaney at the time and place above, until completion of the settlement conference.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

 DATED: May 6, 2013

                                  _____
                                  **CRAIG M. KELLISON**
                                  UNITED STATES MAGISTRATE JUDGE